185 So.2d 529

## CENTRAL LOUISIANA ELECTRIC COMPANY, Inc.

v.

## POINTE COUPEE ELECTRIC MEMBERSHIP CORPORATION and Hartford Accident and Indemnity Company.

No. 48127.

May 5, 1966.

In re: Pointe Coupee Electric Membership Corporation and Hartford Accident & Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Pointe Coupee. 182 So.2d 752.

Writ refused. The judgment is not final.

185 So.2d 529

## Leon DETRAZ et al.

v.

## Francis PERE.

No. 48160.

May 5, 1966.

In re: Leon Detraz et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 183 So.2d 401.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.